DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAI STRICKLAND WALKER,**
Appellant,

v.

**EDGAR WIGGINS, JR.,**
Appellee.

No. 4D22-3051

[June 15, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Francis Viamontes, Judge; L.T. Case No. FMCE15-005415.

Kai Strickland Walker, pro se, Deerfield Beach.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***